**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **ANTONIA MARTINEZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ANTONIA MARTINEZ**, )<br>)<br>Defendant, )<br>_____ ) | Crim. S-07-234 LKK<br><br>**STIPULATION AND ORDER THEREON**<br><br>(Continuing Sentencing to 9/22/09) |

It is hereby stipulated between counsel for the government and the defendant that the Sentencing hearing presently scheduled for August 4, 2009 may be continued to September 22, 2009 at 19:15 a.m. The defendant is potentially eligible for favorable treatment under the Safety Valve but has not yet been debriefed. The agent necessary for the debriefing is unavailable until September

The defendant having entered a plea there are no issues regarding the Speedy Trial Act.

Dated: July 30, 2009                                             Dated: July 30, 2009


/ s / Steven D. Bauer                                              / s / Heiko Coppola
**STEVEN D. BAUER**                                          **HEIKO COPPOLA**

(Order on Following Page)

For Good Cause Appearing
**IT IS SO ORDERED**

Dated: July 31, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT