1 **STEVEN D. BAUER**
Attorney at Law - SBN 50084
2 428 J Street - Suite 350
Sacramento, California 95814
3 Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net
4
Attorney for Defendant: **ANTONIA MARTINEZ**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Cr. S-07-234 LKK |
| Plaintiff, ) | |
| v. ) | |
| **ANTONIA MARTINEZ**, ) | **Order re SUBSTITUTION OF COUNSEL** |
| Defendant, ) | |

Notice is hereby given that, subject to the approval of the court, ANTONIA MARTINEZ, defendant in the above entitled matter, and pursuant to Rule 83.182(g) of the Local Rules of the United States District Court for the Eastern District of California, accepts and substitutes appointed counsel, Christopher Haydn-Myer, 1809 19th Street, Sacramento, California 95814 for Steven D. Bauer as attorney of record in the above captioned case.

Dated:  August 18, 2009                                  Respectfully submitted,

I accept the above substitution.

Dated:  August 18, 2009

By:_____
ANTONIA MARTINEZ

(Additional Signatures and Order on Following Page)

1  I accept the above substitution.

2  Dated: August 17, 2009                                STEVEN D. BAUER

3

4
                                                        By: / s / Steven D. Bauer
5                                                       STEVEN D. BAUER

6  I accept the above substitution.

7  Dated:  August 18, 2009                              By: / s / Christopher Haydn-Myer
                                                        CHRISTOPHER HAYDN-MYER
8
   For good Cause Appearing
9
   **IT IS SO ORDERED**
10
   Dated: August 19, 2009
11
                                        LAWRENCE K. KARLTON
12                                      SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT
13

14  (Note: Document with original signature in counsel's file)